AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES
and
MARY AJEDE
v.

Plaintiffs Denis RIORDAN, District Director of Boston District Office(CIS);
Michael CHERTOFF, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR. as Director of United States
Citizenship and Immigration Services (US CIS);
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR APPLICANTS,
Defendants

**APPEARANCE**

CASE NUMBER:

05 10539 NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MASSACHUSETTS DEPARTMENT OF
SOCIAL SERVICES
and
MARY AJEDE
Plaintiffs.

Date: 3/22/05

Signature

MAUREEN O'SULLIVAN

Print Name
KAPLAN, O'SULLIVAN & FRIEDMAN, LLP
10 WINTHROP SQ., 3rd Fl
Address
BOSTON, MA 02110
City                     State            Zip Code
(617) 482-4500
Phone Number