UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Massachusetts Dept. of Social Services and
Mary Ajede,**
                **Plaintiffs**         CIVIL ACTION
    v.         NO. 05-10539-NMG

**Department of Homeland Security, et al.,**
                **Defendant**

## NOTICE OF SCHEDULING

   Gorton, D. J.

      Please take notice that the defendants in the above entitled matter are to file a written response to the complaint on or before Wednesday, April 13, 2005. An emergency hearing is scheduled on this matter on Tuesday, April 19, 2005 at 4:00 p.m., before the Honorable Nathaniel M. Gorton. The conference will be held at the United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, Massachusetts, courtroom no. 4 on the 3rd floor.

                                        **/s/ Craig J. Nicewicz**
                                        **Deputy Clerk**