UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES and MARY AJEDE<br>Plaintiffs,<br><br>v.<br><br>Plaintiffs Denis RIORDAN, District Director of Boston District Office(CIS); Michael CHERTOFF, as Secretary of Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services (US CIS); DEPARTMENT OF HOMELAND SECURITY; and ALL UNKNOWN GOVERNMENT AGENCIES INVOLVED IN SECURITY CHECKS FOR APPLICANTS,<br>Defendants | MANDAMUS ACTION<br>FILE NO. 05-10539 NMG |

## MOTION TO DISMISS

Now come the Plaintiffs through counsel to request that this case be dismissed. Plaintiffs filed this mandamus action to compel the adjudication of the pending petition for special immigrant juvenile status and application for adjustment of status. The court scheduled a hearing on this matter for April 19, 2005 at 4:00pm. Defendants have since approved the case (See attached.)

WHEREFORE: the mandamus is no longer necessary. Thank you.

RESPECTFULLY SUBMITTED this 19th day of April, 2005.

/s/ Maureen O'Sullivan
Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110 , (617) 482-4500

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copy of the foregoing  Motion to Dismiss  by hand delivery postage prepaid and electronic filing a copy of same as follows:

        Damian M. Wilmot
        Assistant U.S. Attorney
        John J. Moakley U.S. Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02110
        damian.wilmot@usdoj.gov

        Denis Riordan,  District Director,
        Boston District Office
        U.S. Department of Homeland Security
        USCIS
        15 New Sudbury St.
        JFK Federal Building
        Boston, MA 02203

This 19th day of April, 2005.

        s/s Maureen O'Sullivan
        Maureen O'Sullivan
        Counsel for Plaintiffs
        Kaplan O' Sullivan & Friedman LLP
        10 Winthrop Square 3rd Fl
        Boston, MA 02110
        (617) 482-4500

## U.S. DEPARTMENT OF HOMELAND SECURITY

Citizenship and Immigration Services
*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

**Mary Ajede**
**C/o Dianne Curran, Deputy General Counsel**
**Department of Social Services**
**24 Farnsworth Street**
**Boston, MA  02110**

*Please Refer To This File Number:*
*A76 002 201*
*Date: 4-13-05*

COA:  SL6

DOA:  4-13-05

The application for adjustment of status to that of a permanent resident filed by the above named has been granted.

Please note that you must now make appointments on line to receive your permanent residency stamp at the Customer Information Center in Room E-160.

Just sign onto our website at WWW.USCIS.GOV and click on the INFOPASS icon. Appointments are available up to two weeks in advance.

Denis C. Riordan
District Director

cc:  Maureen O'Sullivan, Esquire

I OK  4-13-05